**JOE TOMAZIN, JR., et al., v. PETER GESSNER, et al., as and constituting the Board of County Commissioners of Volusia County, Florida, et al.**

15 So. (2nd) 191                                              June Term, 1943
September 21, 1943                                              Division A
Rehearing Denied October 19, 1943

*J. C. Crofton, Crofton & Wilson, Louis Ossinsky, Horn & Ossinsky, J. Lewis Hall, W. J. Gardiner* and *Ausley, Collins & Ausley,* for petitioners.

*Charles W. Luther,* for defendants.

PER CURIAM:

This case is ruled by the judgment entered this day in the case of Frank R. Jordan, et al., v. Peter Gessner, et al., and on authority of our opinion and judgment in that case, certiorari is granted and the challenged order of the circuit court is quashed.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.